UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-98-WWB-EJK
    18 U.S.C. § 1708

JONATHON SERRANO

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 5, 2022, in the Middle District of Florida, the defendant,

JONATHON SERRANO,

aided and abetted by others, did knowingly and willfully steal, from a mail carrier, mail route, and an authorized depository for mail matter, packages and mail not directed to him.

In violation of 18 U.S.C. §§ 1708 and 2.

### COUNT TWO

On or about May 9, 2022, in the Middle District of Florida, the defendant,

JONATHON SERRANO,

aided and abetted by others, did knowingly and willfully steal, from a mail carrier, mail route, and an authorized depository for mail matter, packages and mail not directed to him.

In violation of 18 U.S.C. §§ 1708 and 2.

1

## COUNT THREE

On or about May 28, 2022, in the Middle District of Florida, the defendant,

JONATHON SERRANO,

aided and abetted by others, did knowingly and willfully steal, from a mail carrier, mail route, and an authorized depository for mail matter, packages and mail not directed to him.

In violation of 18 U.S.C. §§ 1708 and 2.

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1708, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Rachel S. Lyons
Special Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## JONATHON SERRANO

## INDICTMENT

Violation:

18 U.S.C. § 1708

A true bill,

_____ Foreperson

Filed in open court this 17th day of April, 2024.

_____
Clerk

Bail  $_____

GPO 863 525